UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON O. MURPHY, ESQ.,<br><br>  Plaintiff,<br><br>    v.<br><br>HERSHEY CHOCOLATE CORPORATION,<br><br>  Defendant. | Case No. 20-cv-05895-PJH<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**<br><br>Re: Dkt. No. 14 |

The court has reviewed Magistrate Judge Laurel Beeler's Report and Recommendation recommending the court dismiss plaintiff's complaint. Dkt. 14. No objections to the report were filed, and the deadline to do so has passed. The court finds the report correct, well-reasoned and thorough, and adopts it in every respect. The court DISMISSES plaintiff's complaint with leave to amend. Plaintiff must file any amended pleading by **November 25, 2020** and any amended complaint must address the deficiencies identified in Judge Beeler's August 28, 2020 order, (Dkt. 11).

**IT IS SO ORDERED.**

Dated: October 28, 2020

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge