UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHANNON O. MURPHY, ESQ.,

    Plaintiff,

    v.

HERSHEY CHOCOLATE CORPORATION,

    Defendant.

Case No. 20-cv-05895-PJH

**JUDGMENT**

    The court having dismissed this case pursuant to Federal Rule of Civil Procedure 41(b),

    it is Ordered and Adjudged

    that plaintiff take nothing, and that the action be dismissed.

**IT IS SO ORDERED.**

Dated: December 30, 2020

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge